912

No. 897. Skontos, alias Skoundrianos, *v.* Gekas. Supreme Court of Illinois. Certiorari denied. *Peter S. Sarelas* for petitioner. *John C. Gekas* and *James P. Economos* for respondent.

No. 899. Universal Terminal & Stevedoring Corp. *v.* Isbrandtsen Co., Inc. Court of Appeals of New York. Certiorari denied. *Patrick E. Gibbons* for petitioner. *Lawrence J. Mahoney* and *Robert J. Giuffra* for respondent.

No. 904. Davison *v.* United States. C. A. 4th Cir. Certiorari denied. *David R. Shelton* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *Robert N. Anderson* for the United States.

No. 905. Hardy *v.* United States. C. A. 4th Cir. Certiorari denied. *David R. Shelton* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *Robert N. Anderson* for the United States.

No. 906. Finocchairo *v.* Kelly, Commissioner of Motor Vehicles. Court of Appeals of New York. Certiorari denied. *George H. Brown* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, and *Ruth Kessler Toch,* Assistant Solicitor General, for respondent.

No. 969, Misc. Eidson *v.* United States. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.